**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN

| PLAINTIFF Corey L. Harris | COURT CASE NUMBER 04-281-Erie |
|---|---|
| DEFENDANT "Community" Development. Erie County Economic Development and Planning | TYPE OF PROCESS |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ernie Shattla - Erie County Economic Development and Planning / Community Development

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1200 Lovell Place Erie, PA 16503 Community and Economic Development

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Corey L. Harris
Erie County Prison
1618 Ash Street
Erie, PA 16503

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

N/A

Signature of Attorney other Originator requesting service on behalf of:
Corey L. Harris
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: Erie Prison / N/A
DATE: 03/19/05

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: UNEX
Time: 4:00 pm
Signature of U.S. Marshal or Deputy

| Service Fee $45.00 | Total Mileage Charges including endeavors Ø | Forwarding Fee $8.00 | Total Charges $53.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $53.00 |
|---|---|---|---|---|---|

REMARKS: To Erie 3-25-05  Cert # 9843 6648 7281
* There is no employee named Ernie Shattla at the above named office. The County Economic Planning & Development Office is not located at the above address.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

$205  871-4241

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

* The State office of economic development has an employee named Ernie Scatella & after speaking with him, he had no recollection of ever dealing with plaintiff

# UNITED STATES DISTRICT COURT

__*WESTERN*__ DISTRICT OF __*PENNSYLVANIA*__

**COREY L. HARRIS**

SUMMONS IN A CIVIL CASE

Vs.

Case Number: **CA 04-281 ERIE**

**ERIE COUNTY ECONOMIC
DEVELOPMENT & PLANNING, et al.,**

To: (Name and address of Defendant)
**ERIE COUNTY ECONOMIC
DEVELOPMENT & PLANNING**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:
(NAME AND ADDRESS)
**COREY L. HARRIS
ERIE COUNTY PRISON
1618 ASH STREET
ERIE PA 16503**

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_[signature]_
_____
CLERK

_[signature]_
_____
(By) DEPUTY CLERK

**March 3, 2005**
_____
DATE

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __PENNSYLVANIA__

**SUMMONS IN A CIVIL CASE**

**COREY L. HARRIS**

Vs.   Case Number: **CA 04-281 ERIE**

**ERIE COUNTY ECONOMIC
DEVELOPMENT & PLANNING, et al.,**

To: (Name and address of Defendant)
**ERIE COUNTY ECONOMIC
DEVELOPMENT & PLANNING**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:
(NAME AND ADDRESS)
**COREY L. HARRIS
ERIE COUNTY PRISON
1618 ASH STREET
ERIE PA 16503**

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_[signature]_   __March 3, 2005__
CLERK   DATE

_[signature]_
(By) DEPUTY CLERK

C.H. ~~IN THE COURT OF COMMON PLEAS OF ERIE COUNTY, PENNSYLVANIA~~

IN The United States District Court For the Western District of Pennsylvania

| | |
|---|---|
| COREY L. HARRIS, <br> CH'S SERVICE PROVIDER AND CHILDREN, <br> COREY HARRIS, JR. <br> BROOKLYNN HARRIS <br> ANGEL HARRIS <br><br>        Plaintiffs, <br><br>    v. <br><br> GREATER ERIE COMMUNITY ACTION COMMITTEE and <br><br> (GECAC) EMPLOYMENT TRAINING AND EDUCATION DIVISION WORKFORCE 2001 and <br><br> PENNSYLVANIA CAREER LINK WORKFORCE and <br><br> ERIE COUNTY ECONOMIC DEVELOPMENT and PLANNING <br><br> ERIE COUNTY ASSISTANCE OFFICE and <br><br> S. P. BLACK & ASSOCIATES <br><br>        Defendants. | CIVIL DIVISION <br><br> CA04-281 Erie <br><br> ② <br><br> ask |

I, Corey L. Harris, want to seek funding for the company I formed and managed for my children and myself — CH's Service Provider, the company that was formed as a home-based business, located at 5842 Georgetown Drive, Erie, PA 16509 — January of 2000 to present.

CH's Service Provider was formed by Corey L. Harris, Sr. The company name was based in part on the Carriage Hill Townhouses where I lived for two and one half years. The company's name reflects both my first and last names (Corey Harris) as well as Carriage Hill Townhouses — *CH's Service Provider,* so that the community where I live can work from their homes, 5842 Georgetown Drive, Erie, PA 16509.

I sought to remove myself from the Food Stamps Program and to present my portfolio to the Workforce Staff and the Erie County Assistance Office, along with Labor Industry/ Career Link.

Company (CH's Service Provider) seeks total distributions to shareholders and also money with property distributions as well as distribution of stock and their stock rights. Company also seeks to have funds transferred to Corey L. Harris who is doing business as CH's Service Provider.

Reference Attachment: Exhibit — Publication 542, Pages 11, 12.

# *Complaint Attachment*
# *"Prose"*

*Paragraph 1*
Complaint filed by Corey L. Harris, Plaintiff, Erie County, PA, P.O. Box 3618 16508, CH's Service Provider, Owner. Complaint filed on the grounds of Civil Rights Violations (also to include violations committed by 3rd party insurance brokers). Reference Fair Labor Standards Act (710); Labor Management Relations (720); Labor Management Reporting and Disclosure Act (730); and other Civil Rights (440) including 130, 140, 150, 153, 195, 355, 370, 190, 840, 430, 892, 895, 444, 320, 740, 790, 791, 820, 220, 442, 550, 380, 385, and 690.

*Paragraph 1A*
The reason for filing this complaint is to seek property rights and all grants given to all said defendants to operate such program of CH's Service Provider without the trade maker involvement that was to be performed as a business plan development of Corey Harris doing business as manager and sales representative for CH's Service Provider, back in April, 2000. That such plan was done without my knowledge of said program created by said defendant to whom I presented the company's portfolio, trademark to the above complaints. Plaintiff seeks total control of all property rights of Job Access Program ran through GECAC Workforce Program. To have total workforce given to the true trade maker of such program to Corey L. Harris, Manager and Owner of CH's Service Provider Company from April of 2000 to present.

Plaintiff requests the Court to stop defendant of running such program under Job Access and to have such program run under CH's Service Provider providing services based upon charitable contributions, which was part of the original business plan.

Company looks to seek divided received deductions from said defendants from tax year 2001 to present. (Forms 1120, and 1120-A)

*Paragraph 2*
Plaintiff wishes to recover Grant, which was awarded to GECAC Workforce Program by the U.S. Department of Transportation (DOT), Federal Transit Administration (FTA), and the Pennsylvania Department of Community and Economic development (DCED).

*Paragraph 3*
**Defendants named by Plaintiff:**

*Greater Erie Community Action Committee (GECAC)*
18 West 9th Street
814/459-4581

Staff Names (GECAC):
Ben Wiley, CEO/Founder/Beneficiary
Ron Steel, :Interim CEO

Gerald L. Blanks, Assistant to CEO
Amos Goodwine

1

*Defendants, cont'd. (GECAC*
*GECAC Employment Training and Education Division, Workforce 2001*
Edward J. Brooks
18 West 9th Street
Erie, PA 16501
814/452-3366  Fax: 814/456-0161

Amos Goodwine, GECAC Workforce

Lynn Booker, GECAC Workforce, 814/459-4581

*Erie County Assistance Office*
Director of Office & Staff
Staff Members: Jack Morton and Amos Goodwine

*Pennsylvania Career Link Workforce*
Lovell Place,
1309 French Street
Erie, PA 16501-1999
814/455-9966

Beverly J. Rapp, Development Specialist, and Staff Director
Amos Goodwine and Erie Career Link Team

*Erie County Economic Development and Planning*
Ernie Shattla
1200 Lovell Place
Erie, PA

*S.P. Black & Associates, Inc.*
Denise Morgan, CSR/Agent
Office: (814) 453-6746
Fax: (814) 456-7573
Lafayette Place
400 French Street
Erie, PA 16507


*Paragraph 4*
**Contact Witnesses for Plaintiff:**
*Adecco Employment Service*
Attn: Charr
1600 Peninsula Drive
Erie PA 16505
Fax 814/ 836-9264 (April 18, 2000)

*Father Cohan*
2522 Buffalo Rd.
Erie, PA 16510
Fax: 814/ 899-7681 (April 18, 2000)

*Thomas J. Cook, Jr.*, Certified Public Accountant
4021 West 12th Street
Erie, PA 16505
Office: 814/838-6431, Cell: 814/ 450-0338   Res.: 814/ 838-1798   Fax: 814/ 833-7944

2

*Contact Witnesses for Plaintiff, cont'd*
<u>Erie Metropolitan Transit Authority</u>
Michael T. Will, Director of Operations, Transit/Lift Division
127 East 14th Street, Erie, PA 16503   814/452-2801.

<u>Community Shelter Services</u>
Ron Turri, Program Coordinator
202 W. 9th Street, Erie, PA 16501
Fax: 814/454-1627.

<u>Howard Hanna Real Estate Services</u>
Operation Manager
Erie, PA

<u>Spectrum Control</u>
Bob Bowles
Fairview, PA

<u>Volt Service Group</u>
Kim Robinson
1946 W. 26th Street
Erie, PA 16508
Fax: 814/456-8639

<u>35 WSEE Television, Inc.</u>
Jenny Olszewski, Local Sales Manager
1220 Peach Street
Erie, PA 16501
814/ 455-7575

<u>Nicole Haibach</u>, Branch Financial Sales Consultant
PNC Bank
7200 Peach Street, P.O. Box 8480
Erie, PA 16553
814/ 864-5796, (814) 871-9594 (Summit Towne Centre)

<u>S.P. Black & Associates, Inc.</u>
Denise Morgan, CSR/Agent
Office: (814) 453-6746
Fax: (814) 456-7573
Lafayette Place
400 French Street
Erie, PA 16507

<u>Sue Mac, Supervisor</u>
*414 W. 5th Street*
Erie, PA 16507
Fax: 814/459-4717

<u>Martin Ferrell, President</u>
Infinity Resource Agency
4309 Buffalo Road
Erie, PA 16510
Fax: 814/899-6090

3

*Contact Witnesses for Plaintiff, cont'd.*
*Gregory A. English, Enforcement Officer*
PA Public Utility Commission
Bureau of Safety and Compliance
1212 State Office Building
Pittsburgh, PA 15222
412/565-3553

*Christi Lee, Legislative Assistant to Representative Karl Boyes*
House of Representatives
Commonwealth of Pennsylvania
Erie, PA 16509

*Janet Anderson*
Economic Development and Planning
814/451-7003

4

*Paragraph 5* S.P. Black & Associates, Inc. (Insurance)
Defendants, using 09/11/01 as an excuse, made it impossible for Plaintiff to obtain premium liability that is necessary for Plaintiff's transportation service, CH's Service Provider, to operate 24/7 to and from work transportation to accommodate accessible and affordable transportation to the inner city community.

*Paragraph 6* Erie County Assistance Office/Career Link
The Defendants committed violations of the Fair Labor Act, Fair Assistant Act/150% Poverty Level.

*Paragraph 7*
The program was designed to transport workers who qualify from several centralized, inner city locations in Erie to job sites located in the suburban and rural communities where jobs are available to low-income workers, but transportation is not available. Workers would qualify if their income is 150 percent of the poverty level, or they are recent recipients of Welfare within the past three (3) years. They also needed to be employed, or have offers of employment. They would be picked up at sites in Erie's inner city and transported to industrial labor/manufacturing sites.

*Paragraph 8*
Plaintiff had presented this program to GECAC (his portfolio) in 2000, requesting Defendants' assistance in preparing a proposal for government grant. The Defendants (GECAC Workforce Management, Career Link of Erie County, Erie Count Assistance Office) provided my business development plan (as their own, without my knowledge) conspiring to keep the program within the poverty level and committed violation of the Fair Labor Act and obtained liability insurance, committing a Corporation Act Violation and violation of Unfair Welfare Act.

*Paragraph 9*
The GECAC Workforces Transportation Program was established in late 2001. They are working with Labor and Manufacturing, the same companies I had contacted in 2000 to utilize my program, and whose names I had given to GECAC and said parties in my presentation on working with contracts.

*Paragraph 10*
The Defendants use the welfare office to keep the liability premiums down, working along with the insurance company to qualify candidates under 150% poverty level or candidates who have been recent recipients of welfare within the past 3 years. In doing so, they are in violation of the Corporation Act and also in violation of the Poverty Level Act.

5

*Paragraph 11*
This Civil Action Complaint asserts that assets GECAC Transportation Services has been working with Career Link, The Erie County Assistance Office and local employers to plan this service on the grounds of getting funding for operation, vehicles and employees. GECAC initiated this service. CH's Service Provider seeks total control of all property rights for this service and total control of the services. CH's Service Provider/Owner plan to transport workers who qualify from several centralized inner city locations in Erie to job sites located in the suburban and rural communities, where jobs are now available to low income workers, but transportation has not been available.

*Paragraph 12*
GECAC prevented Corey Harris/CH's Service Provider from operating as an entrepreneur/recipient of charitable contributions.

*Paragraph 13*
Plaintiff is seeking total grants and ownership of job access program presently under the GECAC Workforce, funded by the U.S. Department of Transportation (DOT), Federal Transit Administration (FTA) and the PA Department of Community and Economic Development (DCED) to operate this service, which is called Job Access. Plaintiff is seeking lost income and deductions from tax years 2001 to present.

REQUEST ALL DOCUMENTRS AND RECORDS BE MADE AVAILABLE TO
PLAINTIFFS TO ASSURE THAT THIS PROCESS BE DONE IN A SAFE AND
PROFESSIONAL MANNER.

9/23/04  3:00pm

*Corey Harris*

*Corey Harris*

P.O. Box 3618         (814) 504-2098
Erie PA, 16508        (814) 882-1674