## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COREY HARRIS, et al,** ) | |
|     **Plaintiffs** ) | |
| ) | |
| vs. ) | C.A.No. 04-281 Erie |
| ) | District Judge McLaughlin |
| **GREATER ERIE COMMUNITY** ) | Magistrate Judge Baxter |
| **ACTION COMMITTEE, et al.** ) | |
|     **Defendants.** ) | |

### O R D E R

AND NOW, this 28th day of July, 2005;

IT IS HEREBY ORDERED that Plaintiff's motion to amend complaint [Document # 33] is GRANTED. See Grayson v. Mayview State Hospital, 293 F.3d 103 (3d Cir. 2002). To the extent that Plaintiff is attempting to add new Defendants in this case, he must serve the new Defendants with a copy of the original and amended complaints by U.S. Marshal Service. It is Plaintiff's responsibility to accomplish service of process. Failure to do so may result in the dismissal of this action.

IT IS FURTHER ORDERED that the motion to dismiss filed by Defendant Pennsylvania CareerLink [Document # 19] is DISMISSED AS MOOT in light of the filing of the amended complaint. In response to the amended complaint, Defendant may either file another motion to dismiss or an answer before August 28, 2005.

IT IS FURTHER ORDERED that Defendants GECAC and Black & Associates file a response to the amended complaint in the form of either a motion to dismiss or an answer before August 28, 2005.

IT IS FURTHER ORDERED that Plaintiff serve a copy of every pleading upon every Defendant. Failure to comply in this regard will result in the dismissal of this action for failure to prosecute.

IT IS FURTHER ORDERED that Plaintiff's motion for documents [Document # 36] is DENIED. Plaintiff may request copies of documents by letter from the Clerk of Courts, but

Plaintiff must pay for those copies.

      IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief United States Magistrate Judge
