In the United States District Court
For the Western District of PA.

U.S.
Clerk of Courts
Corey Harris Prose
V.          Plaintiff, Et.al
Greater Erie Community Action
Committee, Et.al
          Defendants

C.A. NO. 04-281-E
8/03/05
E.C.P. ID 2428

## CERTIFICATE OF SERVICE

that Copies of Amended motions was Sent to All partys of record, Aswell As motion to Correct, AND ADD New defendants Et.al The following motions, I the Undersigned hereby Certifies that on the 3rd Day of August 2005, a Copy of the within Documents was Sent out by Inmate Inhouse mail to be Served on all Counsel of record, and U.S. Clerk of Court.

CC: Tracey D. Bowes, Esq.
    Matthew W. Fuchs, Esq.     Corey Harris Prose
    Richard A. Lanzillo        Corey Harris 8/03/05
    Kemal Alexander Mericli    (E.C.P.) ID 2428
    Clerk of Courts.

Plaintiff Prays that the Court Grants this motion request of Name Correction And Amended New Corrected Defendants Et.al

In the United States District Court
For the Western District of PA.     ②

U.S.
Clerk of Courts
Corey Harris Prose
Plaintiff, Et, al

V.

Greater Erie Community
Action Committee, et, al
Defendants

C.A. No. 04-281-E
8/03/05

X Corey Harris

E.C.P. ID 2428

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BERNICE N. SMITH, NOTARY PUBLIC
ERIE, ERIE COUNTY, PENNA.
MY COMMISSION EXPIRES ON SEPTEMBER 15, 2008

This is A Petition to Grant motions to order the U.S. Marshal Service, to serve the missing defendants Et, al, IN this case 04-281-E. the motions will help Correct the Right Names, of the defendants. Amended As the New defendants, aswell as the Corrected Names of the defendants, to move this Pleadings forward.

Defendants Et, al Names state as followed.

Corrected  1.) Dept of Community and Econmic Development.
IN the "Rentd" State Building 1200 Lovell Pl Erie (mail box of) (Ernie Shuttia)
Corrected  2.) Public Welfare Dept of
Director → Erie County Assistance office. 1316 Holland st
New        3.) Team PA Careerlink ← Director
           1309 French st Erie
Stay       4.) motion of A stay, of motion # 6, #7. Defendant

IN THE UNITED States District Court
for the Western District of PA.   ③

COREY HARRIS  PROSE
    Plaintiff, et,al

V.

GREAter Erie Community
Action Committee, et.al
    Defendants

C.A. NO. 04-281-E
8/03/05
E.C.P. ID 2428

This is A Petition to Amend the Correct Names of the defendants Et,al, AND to ADD New Defendants to Case 04-281-Erie, DUE to defendant "GEcac" Work to Confused the Source of Origin, As Stated IN Allegedment #12, of Plaintiff Amended Complaint. Document #33, this Amend to Correct the Names of defendant, Et,al well IN fact help to Service of Process by motion to the U.S. Clerk of Courts to have Defendant Et,al Serve by the U.S. Marshal Service the Original and amended Complaints, So that this Civil Right's Case Can move forward for, Pleadings. Seeking authorization, Corey Harris PROSE of Service of Process, With Copies.   Corey HArris PROSE

CC: Tracey D. Bowes Esquire   Date 8/03/05  ID 2428
    Matthew W. Fuchs Esquire
    Richard A. Lanzillo
    Kemal Alexander Mericli

④

U.S.
Clerk of Courts
Corey Harris
   Plaintiff, et,al

V.

Greater Erie Community
Action Committee, et,al
   Defendants.

C.A.No. 04-281-E
8/03/05
E.C.R. ID 2428

Clerk of Courts,
Plaintiff, Corey Harris "PROSÉ", Pursuant To Rules 15(a) and 19(a) Fed.R.Civ.P., Requests leave to file an Amend of the Correct Names of defendant Et,al Aswell As To Add New defendants to Case 04-281-E Team PA Careerlink ←Director (motion 1.)

Plaintiff motion the Court to Add New Defendant Et,al Correct Name As, Team PA Careerlink, Address 1309 French St Erie. To Case 04-281-E ←Director (motion 2.)

Plaintiff motion the Court of defendant Et,al Correct Name and Address As, Public Welfare Dept of Erie County Assistance Office 1316 Holland St Erie, PA 16503 To Case 04-281-E (Director)


motion 3)

Amend

Plaintiff Motion the Court of defendant Et,al Correct Name, and Address As, Dept Of Community and Economic Development Address 1200 Lovell Pl Erie, PA 16503 Rented Office of the State office, mail Box of Ernie Shattla. Case 04-281-E ("Rented Building")

motion 4.)

Plaintiff motion the U.S. District Court to have the Amended defendants Et,al Serve with the original and Copy of the Amended Complaint by Service Of Process by the U.S. Marshal Service Aswell as to Serve the New defendants Et,al "Copys".

motion 5.)

Plaintiff States that due to his Imprisonment at the Erie County Prison, he is Unable to Serve defendants Et,al by his or from his Jail Cell, Plaintiff Will file for Process Receipt and Return for Service of Process by U.S. Marshal, As Well As Notice And Request for Waiver of Service Of Summons

motion 6.)

   Plaintiff motion the Court to Add New Defendant Et, al Correct Name As, GECAC, And GECAC Transportation Aging Division Of Erie County Area Agency on Aging.) Welfare to Work Workforce 2001. Employment Training and Education Division, GECAC Career Link Workforce., Know As PA Career Link Workforce.

motion 7.)

   Plaintiff motion a stay of defendants Pennsylvania Career Link Workforce Due to that the defendant? is "Ran and Operated by defendant "GECAC, Know As Welfare to Work Workforce 2001. Plaintiff, states that, was the Confuseion to Confused the Source of Origin. Operated out of the Public Welfare Dept of the states, Erie County Assistance Office, Aswell As Team PA Careerlink, to work in Cooperation with Dept of Community and Economic Development. Same State Building of the States Rented Office of All the Amended "Defendant's Et, Al".



## motion 8

Plaintiff motion the U.S Court to Serve Defendants S.P. Black and Associates with A Copy of the Plaintiff, Amend Complaint, As well As defendants GECAC Et,al Copy of the Amended Complaint Aswell.

## motion 9

Plaintiff Pray's that the U.S. Court Grants this motions to Serve defendants by Service of process by the U.S. marshal Service, to better escort the Road to Justice, by Serving all Amended defendants, with A Copy of the Complaint, Aswell As the New Amended defendants With Copys of the Amend Complaint Aswell As the Original Copy.

## Motion 10

This motion 10 (Ten) is An, Appeal for Time Extension for Answer from the defendants Et,al on case 04-281-E Plaintiff is motioning the U.S. Court of a Extention of time, to Answer the Amended Complaint by, defendants Et,al this is Plaintiff, motion of Appeal of time extention from deadline of August 28, 2005 to be extended to September 27, 2005 this extention will give the defendants time to Answer and respond to Plaintiff Amended Complaint. Plaintiff Pray's that the U.S. Court Grants this, motion of time extention for the defendants, to Answer the Amended Complaint.

## Motion 10
### FOOT NOTE

I Plaintiff, Corey Harris As PROSE has filed these motions with the U.S. Clerk of Court, so that the defendants and its Counsel Can have an Extention of time Granted, So that defendants et,al Can respond to Plaintiff motion to order U.S. marshal Service to serve Service of Process of the Original alongs with A Copy of the Amended Complaint to All defendants Et,al in this Case 04-281-E base on the Plaintiff Amended Complaint.

Corey Harris PROSE
Corey Harris  8/03/05
ID 2428