IN The U.S. District Court
for the Western District of PA.

U.S.
Clerk of Courts
COREY HARRIS et.al PROSE
  Plaintiff
v.
GREATER ERie Community
ACTion Committee, et.al
  Defendant

ORiginal:

C.A. NO. 04-281-E
8/14/05 E.C.R. ID 2428
District Judge McLaughlin
Magistrate Judge Baxter

Certificate of Service of Documents #25, 26, 27. This Certificate of Service is Prooff, that documents was Sent out to Counsel of party's to this litigation Sent out by Inmate Inhouse Via, mail on 8/14/05

All party's Serve with Copies of March filings

CC: Tracey D. Bowes, esq.
  Matthew W. Fuchs, esq.
  Richard A. Lanzillo
  Kemal Alexander Mericli

Corey Harris PROSE
COREY HARRIS 8/14/05
E.C.R. ID 2428