IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY L. HARRIS, et al<br>    Plaintiffs | ) CA 04-281 ERIE<br>)<br>) |
| v. | ) JUDGE SEAN J. McLAUGHLIN/<br>) MAGISTRATE JUDGE SUSAN |
| GREATER ERIE COMMUNITY ACTION COMMITTEE, et al.,<br>    Defendants | ) PARADISE BAXTER<br>)<br>) Electronically Filed |

### MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS OR ANSWER TO PLAINTIFF'S AMENDED <u>COMPLAINT</u>

Defendants Greater Erie Community Action Committee ("GECAC") and S.P. Black and Associates file this Motion for Extension of Time to File Motion to Dismiss or Answer to Plaintiff's Amended Complaint, averring as follows:

1. *Pro se* plaintiff Corey L. Harris filed a Complaint against defendants GECAC, S.P. Black and Associates and others on December 22, 2004.

2. Subsequently, plaintiff filed a Motion to Amend Complaint, which this Court granted on July 28, 2005.

3. In granting plaintiff's Motion to Amend Complaint, this Court directed defendants GECAC and S.P. Black and Associates to file a Motion to Dismiss or Answer to plaintiff's Amended Complaint by August 28, 2005.

PDF created with pdfFactory trial version www.pdffactory.com

4. Due to the premature birth of his son, counsel for defendants GECAC and S.P. Black and Associates is unable to file a Motion to Dismiss or Answer to plaintiffs Amended Complaint on behalf of defendants within the time period prescribed by the Court.

WHEREFORE, defendants GECAC and S.P. Black and Associates respectfully request an extension of time until September 12, 2005 to file a Motion to Dismiss or Answer to plaintiff's Amended Complaint.

Respectfully submitted,

s/ Matthew W. Fuchs
Matthew W. Fuchs
PA I.D. 89767
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
Phone (814) 870-7612
Fax (814) 454-4647
mfuchs@mijb.com

Attorneys for Defendants
 GECAC and S.P. Black and Associates

| CERTIFICATE OF SERVICE |
|---|
| I hereby certify that a copy of this document was served upon all other parties appearing of record by First-Class United States Mail sent on  August 23      , 2005.<br><br>s/ Matthew W. Fuchs |

905668/12291.0009

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com