IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COREY L. HARRIS, et al<br>Plaintiffs | ) <br> ) <br> ) | CA 04-281 ERIE |
| v. | ) <br> ) | JUDGE SEAN J. McLAUGHLIN/<br>MAGISTRATE JUDGE SUSAN |
| GREATER ERIE COMMUNITY ACTION COMMITTEE, et al., | ) <br> ) | PARADISE BAXTER |
| Defendants | ) | Electronically Filed |

### **ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of the Motion for Extension of Time to File Motion to Dismiss or Answer to Plaintiff's Amended Complaint filed on behalf of defendants GECAC and S.P. Black and Associates;

It is hereby ORDERED that said Motion is GRANTED. Defendants GECAC and S.P. Black and Associated shall file their Motion to Dismiss or Answer on or before September 12, 2005.

_____
J.

905671/12291.0009

PDF created with pdfFactory trial version www.pdffactory.com