IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY L. HARRIS,<br>CH'S SERVICE PROVIDER AND<br>CHILDREN, COREY HARRIS, JR. and<br>BROOKLYNN HARRIS and ANGEL<br>HARRIS,<br>       Plaintiffs,<br><br>  vs.<br><br>GREAT ERIE COMMUNITY ACTION<br>COMMITTEE and (GECAC)<br>EMPLOYMENT TRAINING AND<br>EDUCATION DIVISION WORKFORCE<br>2001 and PENNSYLVANIA CAREER<br>LINK WORKFORCE and ERIE COUNTY<br>ECONOMIC DEVELOPMENT and<br>PLANNING, ERIE COUNTY<br>ASSISTANCE OFFICE and S.P. BLACK<br>& ASSOCIATES,<br>       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. 04-281E<br><br>JUDGE SEAN J. MCLAUGHLIN/<br>MAGISTRATE JUDGE SUSAN PARADISE<br>BAXTER<br><br>ELECTRONICALLY FILED PLEADING<br><br>ORDER<br><br>Filed on behalf of:  Pennsylvania Career Link<br>Workforce<br><br>Counsel of record for this party:<br>Tracey D. Bowes, Esq.<br>Knox McLaughlin Gornall<br>& Sennett, P.C.<br>120 West 10th Street<br>Erie, PA 16501<br>Telephone (814) 459-2800<br>Facsimile (814) 453-4530<br>Email tbowes@kmgslaw.com<br>PA86476 |

## ORDER OF COURT

AND NOW, on this _____ day of _____, 2005, upon consideration of

the motion to dismiss and brief filed on behalf of Pennsylvania Career Link Workforce, along

with other relevant pleadings, it is hereby ORDERED, ADJUDGED and DECREED that the

complaint is DISMISSED WITH PREJUDICE as against Pennsylvania Career Link Workforce.

_____J.

# 630055