IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COREY L. HARRIS, et al | ) | CA 04-281 ERIE |
|     Plaintiffs | ) | |
| | ) | |
| v. | ) | JUDGE SEAN J. McLAUGHLIN/ |
| | ) | MAGISTRATE JUDGE SUSAN |
| GREATER ERIE COMMUNITY ACTION | ) | PARADISE BAXTER |
| COMMITTEE, et al., | ) | |
|     Defendants | ) | Electronically Filed |

## **ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of defendant S.P. Black & Associates' Motion to Dismiss Plaintiff's Amended Complaint and all responses thereto;

It is hereby ORDERED that said Motion is GRANTED. Plaintiff's Amended Complaint is dismissed with prejudice as to defendant S.P. Black & Associates.

                                                                                _____
                                                                                                                             J.

907227

PDF created with pdfFactory trial version www.pdffactory.com