# W.N. Tuscano Agency Inc.

PHONE: (724) 836-1510 FAX: (724) 838-1433

P.O. Box 1027
Greensburg, PA 15601 ← OPEN

*See, Exhibit 34#*

*Claims on S.P. Black Asso.*

**BUSINESS AUTO QUOTATION**

01/21/02

AGENT: S.P. Black & Assoc., Inc.

ATTN: DENISE *false Deposition, Deceptive, or Fraudulent Business Practices.*

FROM: Vanessa Johnson

*= 42 PA C.S.A. Trial by Jury, "Live media Coverage".*

INSURED: CH'S SERVICE PROVIDER COREY HARRIS

*This quote describes a synopsis of coverage that will be provided if a policy is ordered. If an application has been submitted, this quote addresses only those coverages quoted below. Any other coverages that may have been included in the application are hereby declined.
* COVERAGE NOT BOUND          *QUOTE GOOD FOR 30 DAYS ONLY

COVERAGE: Liability          [X] Business Auto     [ ] Truckers Form     [ ] Non-Trucking Liability

LIMITS:  $   50,000    CSL          | | $500 PD deductible
         $   25,000    FPB Medical
         $ 1000/15,000 Work Loss
         $            Funeral
         $            Accidental Death
         $   50,000    UM/UIM (non stacking)

COVERAGE: Physical Damage          [ ] ACV          [ ] Stated Value (see below)

DEDUCTIBLES:   $          Comprehensive
               $          Specified Perils
               $          Collision
               $          Loading/Unloading

COVERAGE: Cargo          Limit:          Deductible:

[ ] All Risk with company's standard conditions and exclusions.
[ ] Named Perils          [x] 100% co-insurance

RADIUS: 150  90 (Air miles)          MINIMUM EARNED PREMIUM: $250

VEHICLES: 1996 DODGE CARAVAN

PREMIUMS:  $   5,151  Liability          Company: NATIONAL LIABILITY & FIRE
                      Physical Damage
                      Cargo

TOTAL PREMIUM: $  5,151          $4,800

[X] Original signed application must be received within 10 days of binding.
[X] Coverage is not considered bound until approved by the W.N. Tuscano Agency, Inc.
Please advise when coverage is desired, and we will confirm when bound.
[X] Other:   INDICATION ONLY.  NO HIRED & NON-OWNED COVERAGE IS AVAILABLE FOR A
             TAXI RISK.  WHAT ARE THE INSURED'S PLANS? \ DOES HE PLAN TO HIRE
             DRIVERS AND BUY VEHICLES OR WILL HE USE INDEPENDENT CONTRACTORS TO RUN
             UNDER HIS AUTHORITY?  IS HE DELIVERING TO AIRPORTS?
Regards-        NO COVERAGE MAY BE BOUND AT THIS TIME.
      Vanessa Johnson

*Plaintiff, Exhibit Allegement 11*

EXHIBIT
A