IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COREY L. HARRIS, et al | ) | CA 04-281 ERIE |
|     Plaintiffs | ) | |
| | ) | |
|     v. | ) | JUDGE SEAN J. McLAUGHLIN/ |
| | ) | MAGISTRATE JUDGE SUSAN |
| GREATER ERIE COMMUNITY ACTION | ) | PARADISE BAXTER |
| COMMITTEE, et al., | ) | |
|     Defendants | ) | Electronically Filed |

### AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) | |
| | ) | ss: |
| COUNTY OF ERIE | ) | |

I, RONALD A. STEELE, being duly sworn according to law, depose and state as follows:

1.      I am an adult individual and I am competent to make this Affidavit.

2.      The statements made in this Affidavit are based on my personal knowledge and my review of the business records of Greater Erie Community Action Committee ("GECAC").

3.      I am the Chief Executive Officer of GECAC.

4.      GECAC is organized as a non-profit corporation.  A true and correct copy of GECAC's Articles of Incorporation are attached hereto as Exhibit A.

5.      GECAC's mission is to provide a local organization for the establishment and operation of facilities and services directed toward the elimination of poverty or causes of poverty in the Greater Erie Area.

6.    GECAC is not a department of any local, state or federal government.

7.    All decisions related to GECAC's operation are made by an independent Board of Directors.


Pursuant to 28 U.S.C. § I declare under penalty of perjury that the foregoing is true and correct.

Executed on September __6th__, 2005.


Ronald A. Steele

906977