IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA.

U.S.
CLERK OF COURTS

COREY L. HARRIS PLAINTIFF PRO SE    C.A. NO. 04-281-E
V.                                   JUDGE SEAN J. MCLAUGHLIN
GREATER ERIE COMMUNITY ACTION        MAGISTRATE JUDGE
COMMITTEE, ET, AL DEFENDANTS         SUSAN PARADISE BAXTER
                                     E.C.P. I.D. 2428

### MOTION FOR LEAVE TO FILE AN AMEND TO CORRECT CORES, AND MOTION TO DISMISS DEFENDANTS MOTION TO DISMISS PLAINTIFF COMPLAINT, AND AMENDED COMPLAINT.

PETITIONER COREY HARRIS ACTED PRO SE, TO RULES 15(a) AND 19(a) FED. R. CIVIL. P., REQUEST LEAVE TO FILE AMENDED CLAIMS TO CORRECT CLAIMS OF CIVIL RIGHTS VIOLATION OF PLAINTIFF'S RIGHTS OF 4th AND 5th, 14th AMENDMENT RIGHTS ALSO VIOLATION OF COLOR OF STATE LAW, AND ADA 42, U.S.C. 121001 et seq AND THE REHABILITATION ACT

### CERTIFICATE OF SERVICE

THAT COPIES OF AMENDED MOTIONS WAS SENT TO All PARTIES OF RECORD AS WELL AS MOTION TO CORRECT, DISMISS, AND ADD CORRECTION TO CIVIL RIGHTS CLAIMS ON THE DEFENDANTS ET, AL I THE UNDERSIGNED, HERE BY CERTIFY THAT ON THE 18th DAY OF SEPTEMBER, 2005 A COPY OF THE WITHIN DOCUMENTS WAS SENT OUT VIA-INMATE IN-HOUSE MAIL TO BE SERVED ON ALL COUNSEL OF RECORD AND U.S. CLERK OF COURTS. COREY L. HARRIS

Corey S. Harris
9/18/05

MOTION FOR LEAVE TO DISMISS        MOTION I

PLAINTIFF MOTION THE COURT TO DISMISS THE DEFENDANTS MOTION BASE ON A TECHNICALITY ON STATED FILED COMPLAINT AGAINST THE DEFENDANTS ET, AL, GECAC, AND S.P. BLACK AND ASSOCIATES AS WELL AS OTHERS TO THIS CASE, 04-281-E THAT WAS STATED PLAINTIFF FILED ON DECEMBER 22, 2004.

PLAINTIFF STATES THERE WAS NO FILING WITH THE COURT ON THE MONTH OR DATE OF DECEMBER 22, 2004 WHISH WAS STATED IN THE DEFENDANTS MOTION TO DISMISS PETITIONER COMPLAINT, AND AMENDED COMPLAINT.

PETITIONER ALLEDGE, THIS IS A VERY TECHNICAL CASE ACCORDING TO THE PRINCIPLE; OF FORMAL RATHER THAN PRACTICAL BELONGING OR RELATING TO A GIVEN SUBJECT OF, RELATING, OR INVOLVING, THE PRACTICAL, MECHANICAL OR, INDUSTRIAL ARTS AS WELL AS THE APPLIED SCIENCES OF THIS CASE, LIKE "TRANSPORTATION SERVICE." PETITIONER STATES THE TECHNICALITY OF THIS CASE IS SOMETHING MEANINGFUL AN RELEVANT ONLY TO A SPECIALIST CONFORMITY TO A FACT, AND CONFORMING EXACTLY TO FACTS OF MONTHS, DATE AN TIME LINE, ERRORLESS, DEVIATING ONLY SLIGHTLY OR WITHIN ACCEPTABLE LIMITS FROM A STANDARD. THE DEFENDANTS COUNSEL SHOULD BE CAPABLE OF PROVIDING A CORRECT READING OR MEASUREMENT, OF DATE AND TIME LINE, OF FILING OF CASE 04-281-E PLAINTIFF STATES THE DEFENDANTS MOTION SHOULD BE "DENY" AND DISMISS.

MOTION FOR LEAVE TO FILE AN AMEND
TO CORRECT CORES OF COMPLAINT.   MOTION 2

PLAINTIFF MOTION THE COURT TO GRANT THE FOLLOWING MOTIONS TO AMENDED COMPLAINT TO CORRECT ANY CORES TO THIS CASE 04-281-E

CORRECT OF CORES 1

PLAINTIFF STATES HIS 5th AMENDEMENT RIGHTS WAS VIOLATED BY THE DEFENDANTS ET,AL. BY DEPRIVING PLAINTIFF OF LIFE, LIBERTY, AND PROPERTY WITHOUT DUE PROCESS OF LAW, NOR SHALL PRIVATE PROPERTY BE TAKEN FOR PUBLIC USE WITHOUT JUST COMPENSATION.

CORRECT OF CORES 2   MOTION 3

PLAINTIFF PROPERTY RIGHTS OF THE 4th AMENDEMENT RIGHT OF PERSONAL UNREASONABLE SEIZURE OF PROPERTY OF THE 4th AND 5th AMEND OF PLAINTIFF DOMINIUM OF HIS PROPERTY AS WELL AS PLAINTIFF DOMAIN NAME @ WWW.chsserviceProvider.com : lowrates@velocity.NET AS DOMAIN OF TRANSPORTATION SERVICE OF A 90 MILE RADIUS OF A TERRITORY OVER WHICH RULE OR CONTROL IS EXERCISED ALSO BY LAW PUBLIC DOMAIN THE SET OF ALL POSSIBLE VALUES OF AN INDEPENDENT VARIABLE OF A FUNCTION OF SERVICE SUCH AS CH'S Service Provider AT THE ABOVE ADDRESS OF COMPANY WEB SITE, PROPERTY RIGHTS.

CORRECT OF CORES  3                    MOTION 4

THE DEFENDANTS VIOTATED PLAINTIFF 14th AMENDEMENT RIGHTS PROTECTED UNDER THE FUNDAMENTAL RIGHT.
PLAINTIFF ALLEDGE STATE PROGrams AND STATE LAW WHICH SUBSTANTIALLY BURDEN FUNDAMENTAL RIGHTS ARE AlSo REVIEWED UNDER THE STRICT (TEST) SEE, CITY OF CLEBURNE 473, U.S. AT 440, Similar OVERSIGHT BY THE COURTS IS DUE WHEN STATE LAWS IMPINGE ON PERSONAL RIGHT PROTECTED BY THE CONSTITUTION.

FUNDAMENTAL RIGHTS GENERALLY REFERS TO THOSE CONSTITUTIONAL RIGHTS AS HAVING VALUE SO ESSENTIAL TO INDIVIDUAL LIBERTY THAT THEIR INFRINGEMENT WARRANTS STRICT SCRUTINY BY THE COURTS SUCH AS ADA AMERICANS WITH DISABILITIES ACT 42 U.S.C. 12101, et Seq, AND THE REHABILITATION ACT. PLAINTIFF STATE THE DEFENDANTS ET. AL VIOTATED HIS MENTAL HANDICAP OF HIS LEARNING DISABILITY LAW STATES MENTAL ABILITY INCAPACITY ANYTHING THAT DISABLES OR PUTS ONE AT A DISADVANTAGE, 14th AMENDEMENT IT PROVIDES ALL INDIVIDUALS INCLUDING PLAINTIFF WITH EQUAL PROTECTION UNDER THE LAW NO MAKEING OF SPECIAL RUEL, OR GIVE SPECIAL BENEFITS TO MEMBERS OF ANY ONE GROUP OR RELIGION WITHOUT REASON 14th Amendement FREEDOM FROM RACIAL MENTAL HANDICAP (ADA) DISCRIMINATION
   " CONCLUSION RESPONDING TO DEFENDANTS AFFIDAVIT" OF A ADULT INDIVIDUAL, PLAINTIFF STATES NOTHING WAS SAID, WE ARE AL ADULT" HUMAN BEINGS"