IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COREY L. HARRIS, | ) | C.A. 04-281E |
| CH'S SERVICE PROVIDER AND | ) | |
| CHILDREN, COREY HARRIS, JR. and | ) | JUDGE SEAN J. MCLAUGHLIN/ |
| BROOKLYNN HARRIS and ANGEL | ) | MAGISTRATE JUDGE SUSAN PARADISE |
| HARRIS, | ) | BAXTER |
|       Plaintiffs, | ) | |
| | ) | ELECTRONICALLY FILED PLEADING |
|    vs. | ) | |
| | ) | PRAECIPE FOR WITHDRAWAL/ENTRY OF |
| GREAT ERIE COMMUNITY ACTION | ) | APPEARANCE |
| COMMITTEE and (GECAC) | ) | |
| EMPLOYMENT TRAINING AND | ) | Filed on behalf of:  Pennsylvania Career Link |
| EDUCATION DIVISION WORKFORCE | ) | Workforce |
| 2001 and PENNSYLVANIA CAREER | ) | |
| LINK WORKFORCE and ERIE COUNTY | ) | Counsel of record for this party: |
| ECONOMIC DEVELOPMENT and | ) | Neal R. Devlin, Esquire |
| PLANNING, ERIE COUNTY | ) | Knox McLaughlin Gornall |
| ASSISTANCE OFFICE and S.P. BLACK | ) | & Sennett, P.C. |
| & ASSOCIATES, | ) | 120 West 10th Street |
|       Defendants | ) | Erie, PA 16501 |
| | ) | Telephone (814) 459-2800 |
| | ) | Facsimile (814) 453-4530 |
| | ) | Email ndevlin@kmgslaw.com |
| | | PA89223 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COREY L. HARRIS, | ) | C.A. 04-281E |
| CH'S SERVICE PROVIDER AND | ) | |
| CHILDREN, COREY HARRIS, JR. and | ) | JUDGE SEAN J. MCLAUGHLIN/ |
| BROOKLYNN HARRIS and ANGEL | ) | MAGISTRATE JUDGE SUSAN PARADISE |
| HARRIS, | ) | BAXTER |
| Plaintiffs, | ) | |
| | ) | ELECTRONICALLY FILED PLEADING |
| vs. | ) | |
| | ) | |
| GREAT ERIE COMMUNITY ACTION | ) | |
| COMMITTEE and (GECAC) | ) | |
| EMPLOYMENT TRAINING AND | ) | |
| EDUCATION DIVISION WORKFORCE | ) | |
| 2001 and PENNSYLVANIA CAREER | ) | |
| LINK WORKFORCE and ERIE COUNTY | ) | |
| ECONOMIC DEVELOPMENT and | ) | |
| PLANNING, ERIE COUNTY | ) | |
| ASSISTANCE OFFICE and S.P. BLACK | ) | |
| & ASSOCIATES, | ) | |
| Defendants | ) | |

## PRAECIPE FOR WITHDRAWALL/ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Please withdraw the appearance of Tracey D. Bowes, Esquire on behalf of defendant,

Pennsylvania Career Link Workforce and enter the appearance of Neal R. Devlin, Esquire on

behalf of defendant, Pennsylvania Career Link Workforce, only, in the above-captioned action.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.

BY: /s/        Neal R. Devlin, Esq.
     Neal R. Devlin, Esquire
     120 West Tenth Street
     Erie, PA  16501
     (814) 459-2800
     Attorneys for Defendant,
     Pennsylvania Career Link Workforce

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY L. HARRIS,<br>CH'S SERVICE PROVIDER AND<br>CHILDREN, COREY HARRIS, JR. and<br>BROOKLYNN HARRIS and ANGEL<br>HARRIS,<br>　　　　　Plaintiffs,<br><br>　　　vs.<br><br>GREAT ERIE COMMUNITY ACTION<br>COMMITTEE and (GECAC)<br>EMPLOYMENT TRAINING AND<br>EDUCATION DIVISION WORKFORCE<br>2001 and PENNSYLVANIA CAREER<br>LINK WORKFORCE and ERIE COUNTY<br>ECONOMIC DEVELOPMENT and<br>PLANNING, ERIE COUNTY<br>ASSISTANCE OFFICE and S.P. BLACK<br>& ASSOCIATES,<br>　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. 04-281E<br><br>JUDGE SEAN J. MCLAUGHLIN/<br>MAGISTRATE JUDGE SUSAN PARADISE<br>BAXTER<br><br>ELECTRONICALLY FILED PLEADING |

### CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the within Praecipe for

Withdrawal/Entry of Appearance was electronically served, mailed by first class mail, postage

prepaid, or hand delivered this ___3rd___ day of January, 2006, to all counsel of record and

unrepresented parties in the above-captioned matter.

BY: /s/　　　Neal R. Devlin, Esq.

# 650487