|  |  |
|---|---|
| IN THE MATTER OF ARTICLES OF AMENDMENT AS TO GREATER ERIE ANTI-POVERTY ACTION COMMITTEE, a Nonprofit Corporation | IN THE COURT OF COMMON PLEAS OF ERIE COUNTY, PENNSYLVANIA<br><br>No. 3278 - A - 1968 |

### ORDER OF COURT

AND NOW, to-wit, this 6th day of January, 1969, the proposed Articles of Amendment having been presented in Court, and it appearing that there are no objections thereto, and that the amendment is lawful and will be beneficial and not injurious to the community, and it further appearing that the amendment does not conflict with the statutes of this Commonwealth,

IT IS ORDERED AND DECREED that the Articles of Amendment be and are hereby approved, and that the name of the corporation be changed to

GREATER ERIE COMMUNITY ACTION COMMITTEE

and that its registered office be changed to

245 East 8th Street, Erie, Pennsylvania.

S/Lindley R. McClelland,
                              J.

FROM THE RECORD:

WITNESS MY HAND AND SEAL OF SAID COURT AT ERIE, PA. THE NINETEENTH DAY OF FEBRUARY, 1969.

*[signature]*
Deputy Prothonotary



IN THE MATTER OF THE APPLI- | IN THE COURT OF COMMON PLEAS
CATION FOR THE INCORPORATION | OF ERIE COUNTY, PENNSYLVANIA
OF THE GREATER ERIE ANTI- |
POVERTY ACTION COMMITTEE | NO. 85 MAY TERM, 1965

## DECREE

AND NOW, to-wit, this 8th day of March, 1965, Application for Charter and the Articles of Incorporation of The Greater Erie Anti-Poverty Action Committee under the "Non-Profit Corporation Law" approved May 5, 1933, as amended, having been presented for approval to me, a Law Judge of said County, accompanied by proof of the publication of the notice of such application, and a Certificate from the Department of State, showing the registration of the proposed corporate name, as required by law, I do hereby certify that I have perused and examined said instruments, and that I find the same to be in a proper form, and within the provisions and requirements of the Act of the General Assembly of the Commonwealth of Pennsylvania, known as the "Non-Profit Corporation Law" approved May 5, 1933, as amended, and that the purposes of the proposed corporation appear to be lawful and not injurious to the community, IT IS THEREFORE ORDERED AND DECREED that the Articles of Incorporation of THE GREATER ERIE ANTI-POVERTY ACTION COMMITTEE be and the same are hereby approved, and that upon the recording of the said Articles and this Order, the subscribers thereto, and their associates and successors, shall be a body politic and corporate in deed and in law, by the name THE GREATER ERIE ANTI-POVERTY ACTION COMMITTEE which shall exist perpetually, and shall be invested with, and have and enjoy all the powers, privileges and franchises incident to a non-profit corporation and be subject to all the duties, requirements and restrictions specified and enjoined in, and by the "Non-Profit Corporation Law" and all other applicable laws of the Commonwealth.

WITNESS my hand and seal of the said Court.

_Elmer L. Evans, P. J._

FROM THE RECORD:

Witness my hand and seal of said Court at Erie, Pennsylvania this 8th day of March, 1965.

_William F. Solgenberg_
Prothonotary

Attachment 1. a.