Corey Harris

is Currenty At Address

P.O. Box 3618 16508

This is A Premitter Address Change. As of 2/21/06 Sent mail to above P.O. Box 3618 16508 on Case 04-281-E   CASE Docket
"    "         04-369-E   #.
"    "         05-111-E   Cory Harris

home phone 456-3700   cell phone 340-0051       2/21/06