IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PA.

COREY L. HARRIS, et, al
           Plaintiff. PROSE

V.

GREATER ERIE Community Action
Committee, et al.
           Defendants.

C.A. No. 04-281-E

District Judge McLaughlin

Magistrate Judge Baxter

This is Plaintiff documents to be Submitted
to case 04-281-E As Exhibits document Entery,
IN support of the Production of CH'S
Service Provider, IN Year 2000 Production.
Exhibits to be doucments Entery of the
Above Case IN Summitry of the Conferences
Between Head of the Case to be resolve
By the Problems of Covering the main
Points of the Authority At hand of
the Production of Plaintiff Program IN
Support As follows: Exhibit's Number 43 thru, 49-J

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES THAT ON THE 23rd
DAY OF FEBRUARY, 2006 A COPY OF THE WITHIN Exhibit's
WAS SEND ON All COUNSEL OF Record by U.S. mail
AND THE U.S. Clerk of Court WAS Served by hAND by
iHE Plaintiff.        Corey Harris PROSE 2/23/06
CC: Tracey D. Bowes        Richard A LANzillo
      Matthe W. Fuchs      Kemal Alexander Mericli

# GREATER ERIE COMMUNITY ACTION COMMITTEE
## 18 WEST 9th STREET
## ERIE, PENNSYLVANIA 16501
## 814/459-4581

R. Benjamin Wiley
Chief Executive Officer

Ronald A. Steele
Board Chairman

FILED

'06 FEB 23 P1:56

CLERK
U.S. DISTRICT COURT

# JOB ACCESS

GECAC is preparing to initiate a **new transportation service for low income workers who do not have transportation to work.** Many low income persons do not have cars and have difficulty finding employment which is within walking distance of their homes or the EMTA bus routes.

GECAC Transportation Services has been working with the Career Link, the Erie County Assistance Office and local employers to plan this service. Once funding, vehicles and drivers are all in place, GECAC will initiate this service. To accomplish this, we would appreciate your help.

GECAC's plan, so far, is to **transport workers who qualify from several centralized, inner city locations in Erie to job sites located in the suburban and rural communities** where jobs are now available to low income workers, but transportation is not available.

Workers may qualify if their income is 150% of the poverty level, or if they are recent recipients of Welfare, within the past three (3) years. They must also be able to get to centralized pick-up sites in Erie's inner city neighborhoods, and they will also need to be employed, or have offers of employment, at locations which are on routes which the program will establish.

GECAC Transportation Services has been awarded funding by the U. S. Department of Transportation (DOT) Federal Transit Administration (FTA), and the Pennsylvania Department of Community and Economic Development (DCED) to operate this service, which is called **JOB ACCESS**.

While a date for service to start is not yet set, GECAC is interested in finding out about you if you might benefit from this service, or if you know of others who might benefit. **If you are looking for employment**, and have had to turn down work because you can not get to work, **please let us know.**

**If you are an employer** who has difficulty hiring workers because people you might hire can not get to your work site, **we would like to know about your experience.**

To let us know about your needs and experiences, you may **call Bob Lamary at 870-5406, Diane Thompson at 870-5410, or GECAC Transportation Services at 459-4581.**

Exhibit #45



COMMUNITY SERVICES

# CH'S Service Provider

5842 Carriage Hill Dr.
P.O. Box 3402
Millcreek, PA 16508

Phone and Fax: (814) 866-2121

April 18, 2000

Infinity Resource Agency
Attn: Mary
4309 Buffalo Rd.
Erie, PA  16510

Dear Mary,

I am pleased to present you with the following information per our discussion on April 13th, 2000. **CH's Service Provider** is a new and up-coming company dedicated to safe and affordable transportation. We are willing to contract our transportation services either through your agency itself, or on a case to case basis. We are currently providing transportation for a number of local agencies and individuals. Rates are as follows:

**Children's Rates:**

**One Way transportation:** to **or** from home to school or day care, **$3.97,**  15 mile limit, 7 passenger minimum.

**Round Trip transportation:**  to **and** from home and school or day care, **$6.36,**  15 mile limit, 7 passenger minimum.

**Adult Rates:**

**One Way transportation:** **$6.36**  (Adult Fare),  15 mile limit.

**RoundTrip transportation :** **$8.87** (Adult fare), 30 mile limit.

**Group Rates:**

**One Way transportation:** **$4.32**  (Adult Fare), 15 mile limit, minimum 7 passengers.

**Round Trip transportation:** **$6.97** (Adult Fare), 30 mile limit, minimum 7 passengers.

Exhibit #46

# CH'S Service Provider

5842 Carriage Hill Dr.
P.O. Box 3402
Millcreek, PA 16508

Phone and Fax:  (814) 866-2121

April 18, 2000

Adecco Employment Services
Attn: Victoria
3024 State St.
Erie, PA  16508

Dear Victoria,

I am pleased to present you with the following information per our discussion on April 17th, 2000. **CH's Service Provider** is a new and up-coming company dedicated to safe and affordable transportation. We are willing to contract our transportation services either through your agency itself, or on a case to case basis. We are currently providing transportation for a number of local agencies and individuals. Rates are as follows:

**Children's Rates:**

> **One Way transportation:** to or from home to school or day care, **$3.97,**  15 mile limit, 7 passenger minimum.

> **Round Trip transportation:**  to and from home and school or day care, **$6.36,**  15 mile limit, 7 passenger minimum.

**Adult Rates:**

> **One Way transportation:**  $6.36  (Adult Fare),  15 mile limit.

> **RoundTrip transportation :**  **$8.87** (Adult fare), 30 mile limit.

**Group Rates:**

> **One Way transportation:** $4.32  (Adult Fare), 15 mile limit, minimum 7 passengers.

> **Round Trip transportation**: $6.97 (Adult Fare), 30 mile limit, minimum 7 passengers.

Exhibit #47

**CH's Service Provider**
*Driver's Log*

Driver: _#2 Burgos_

Conf.

Exhibit #4S

| Date | Customer Name (printed) | Customer Signature | Time of pickup | AM/PM | Pickup Location | Destination |
|---|---|---|---|---|---|---|
| 6-13-00 | Marsha Slats | No show | 3:00 | Pm | 111 E. 11th | PHB |
| " | Ken Henderson | No show | 3:15 | Pm | 807 chestnut | Accudine |
| 3 " | Nicole Anderson | No show | 3:15 | Pm | 807 chestnut | Accudine |
| 3 " | Dennis Baur | | 3:25 | Pm | 301 Nor Manuel | Eriez Mag |
| 4 | | | | Pm | 301 Norm on Way | " |
| 5 | Randy | won't there | 5:30 | P3 | Jim | Burger King |
| 6-14 | Anthony | Hawthorn or told | 12:00 | Am | PHB. | 241 E. 26th St. |
| | Ken | No show | 11 | A | " | 807 Chestnut |
| | Nicole | No show | 11 | 11 | " | 807 Chestnut |
| 6-13 | Kason Blas R | Kim Pleasman | 12:15 | Am | Omni Plastic | 241 E. 8th St |
| 6-13 | John on Drei | Jon Andre | 1:00 | Pm | 134 w 5th | AccuDyne |
| 6-13 | Anthony | Anthony (illegible) | 3:00 | Pm | 241 E 26 St. | PHB. |
| 6-14 | Billy R Taylor | Billy R. Taylor | 6:20 | Am | 231 E. 23 St | Eriez magnetics |
| 6-14 | John Jan Drei | Was pick up | 7:00 | Am | Accu Dyne | 134 w 5th |
| 6-14 | | | 7:00 | Am | Accudyne | — |
| 6-14 | Jessica | No show | 5:45 | Am | 248 Parade | EDM |
| 6-14 | Randy (illegible) | (illegible) | 8:15 | Am | Burger King | Jim |
| | | | | | | |
| | | | | | | |

Exhibit #48A

| Date | Customer Name (printed) | Customer Signiture | Time of pickup | AM/PM | Pickup Location | Destination |
|------|------------------------|--------------------|----------------|-------|-----------------|-------------|
| 6/13/0 | Paul Bonner | could not be late due to arrival due to shelter | 10:00 | P | Gateway | Bob |
| 6/13/00 | Marsha Splain | Marcia Splain | 10:00 | P | 111 E 11th | PHB: 8152 W Ridge rd |
| 6/13/0 | Marsha Splain | Marcia Splain | 11:00 | | @ PHB | 111 E 11th |
| 6/14/00 | Corey Harris | Corey Harris | 10:00 | P | 5840 Georgetown Dr | APW: b 26th Edonza! |
| 6/14/00 | Anthony Ritchie | Anthony Ritchie | 12:00 | A | PHB: 8152 W Ridge rd | 241 E 26th |
| 6/14/00 | Ken Henderson Adams | Benita Forbes | 12:00 | A | AHB Accudyn: 3160 W 22nd (off Penn | 807 Chestnut |
| 6/14/00 | Nicole Anderson Adams | Nicole Adams | 12:00 | A | PHB Accudyn: 3160 W 22nd (off Penn | 807 Chestnut |
| 6/15/00 | John Artie J Andrey | John Arby No show came in call to pick up at night time | 10:00 | P | 139 W 5th | Accudyn: 3160 W 22nd (off Pen |
| 6/15/00 | Donnell Craig | | 10:00 | P | 545 E 22nd | Accudyn: 3160 W 22nd (off Pen |
| 6/15/00 | Martin Reed | Martin Reed | 11:00 | P | PHB: 8152 W Ridge rd | 245 E 8th |
| 6/15/00 | George Harrier | George Harrier no show. late at 11:16 | 11:00 | P | PHB: 8152 W Ridge rd | Court House: 140 W 5th st |
| 6/15/00 | Ken Henderson | to pick loco by back on time | 11:00 | P | PHB: 8152 W Ridge rd | 807 Chestnut |
| 6/15/00 | Nicole Adams | " | 11:00 | P | PHB: 8152 W Ridge rd | 807 Chestnut |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# CH's Tire Service Premier

## Driver's Log

**Driver:** P.A. Donnell

| Date | Customer Name (printed) | Customer Signature | Time of pickup | AM/PM | Pickup Location | Destination |
|---|---|---|---|---|---|---|
| 6/10/00 | Jessica Goldman | | 6:10 | A | 617 Ash | EDM: Hawthorne (by bush) |
| 6/10/00 | Martin Reed | Martin Gontasss | 7:00 | A | PHB: 8152 W Ridge rd | 245 E 8th |
| 6/10/00 | Guilanowicz | | | | | |
| 6/10/00 | Randy Olewisky | Randy Omilanewicz | 8:10 | A | Burger King: 12th + French | JTM Foods: 33rd + McClelland |
| 6/10/00 | Paul Pommer | Paul Pommer | 6:45 | A | Bush | Hawthorne 26th + Broad |
| 6/10/00 | Dan Crosby | Ben Crosby | 7:30 | A | Acc 8th 3rd + Broad | 399 W 8th |
| 6/10/00 | Jessica Guzman | Jessica Guzman | 11:30 | A | EDM: Hawthorne | 617 Ash |
| 6/11/00 | George Heiner | George Heiner | 2:00 | P | PHB: 6152 W Ridge | Caro Maral (435th St) |
| 6/11/00 | Horatio Red | Horatio Red | 7:00 | A | PHB: 1th to Ridg | 1th E 8th |
| 6/11/00 | Horace Gorton | Jessie Guzman | 7:00 | A | APW: W 26th + Colonial | 710 Chestnut |
| 6/11/00 | Ben Crosby | | 7:00 | A | Acudyn: 3160 W 22nd (off Penn) | 349 W 8th |
| 6/11/00 | Randy Omilanowicz | Randy Omilanewicz | 8:10 | A | Burger King: 12th + French | JTM Foods: 33rd + McClelland |
| | Martin Reed | Jessie Guzman | | | | |
| 6/12/00 | Martin Reed | | 5:50 | A | 245 E 8th | PHB: 8152 W Ridge rd |
| 6/12/00 | Jessica Guzman | | 6:00 | A | 617 Ash | EDM: Hawthorne (by bush) |
| 6/12/00 | Mark Richardson | | 6:25 | A | 2910 French | PHB: 8152 W Ridge rd |
| 6/12/00 | Randy Omilanowicz | Randy Omilanewicz | 8:10 | A | Burger King: 12th + French | JTM Foods: 33rd + McClelland |
| 6/14/00 | Bill Taylor | Billy R. Taylor | 6:50 | A | 231 E 23rd (3 green) | Eric Magneto's |
| 6/14/00 | Paul Pommer | Paul Pommer | 7:00 | A | Bush | Hawthorne |
| 6/14/00 | Melissa Murphy | [signature] | 9:00 | A | 845 E 31st | 3rd + Broad |
| 6/14/00 | Horace Gorton | Horace Gorton | 10:00 | A | 710 Chestnut | 915 East Ave |

## CH's Service Provider
### Driver's Log

Driver: __DeNe-OO__

| Date | Customer Name (printed) | Customer Signture | Time of pickup | AM/PM | Pickup Location | Destination |
|------|------|------|------|------|------|------|
| 7/5 | LARR Gamble | Larry Gamble | 6:15 | AM | 3202 Benton | W. 26th St Directions |
| 7/5 | CARMAN Chang | | 7:10 | AM | 2907 German St | West 38th St (West) |
| 7/5 | Son ondsay | | 1:10 | PM | 139 West 5th St | Cellar One |
| 7/5 | Willee Samson | | 8:15 | PM | 431 Eou 6th St | Tri-Tech. |
| 7/5 | Fay Myes | Lynn Myes | 3:30 | PM | 2727 W. 16 6st | 2504 Depot Rd |
| 7/5 | Gillard Sensor | Gillard Sensor | 11:00 | AM | 431 E. 24th | Tri-Tech |
| 7/6 | DAVE Neale | David Neal | 1:00 | AM | 209 Molli 300 Imst | 77 of Franklin Ave |
| 7/6 | Willie Jones Jr | Willie Jones Jr | 7:10 | AM | Tri-Tech | 139 W 5th |
| 7/5 | Willie Jones Jr | Willie Jones Jr | 10:00 | PM | 139 W 5th | Tri-Tech |
| 7/6 | Yvette Hernandez | Yvette Hernandez | 10:15 | AM | 1864 Buffalo Rd Apt LD | Niagara Plastics |
| | Jessica Guzman | Jessica Guzman | 3:30 | PM | 425 pelport Rs | 437 Myus |
| 7/6 | Willie Jones Jr | Willie Jones Jr | 10:PM | | 139 W 5th | Tri-Tech |
| 7/10 | Luis Ardieras | Erie Akrik | 4:14 | PM | Rous E. 8th | Erie Magnetics |
| | Jessica Guzman | Jessica Guzman | | | VDF Pad. St | EMO |
| | Chaurece Hendson | 461-0808 | 328 E17 AM | | 328 E. 17 St | Tri-Tech |
| | Alecha Thompson | 454-4699 | 4:43E 24th | AM | 443 E 24th | Tri-Tech |
| | Veronica Morren | 879-0922 | 8:35 | AM | 520 E 25th | Niagara Plastics |
| 7/11 | Yvette Hernandez | Yvette Hernandez | 6:00 | AM | 1864 Apt 1 D | Niagara Plastics |
| | Herman Morgan | Herman Morgan | 6:60 AM | | 5 & 5 2522 | Niagara Astro |

**CH's Service Provider**
*Driver's Log*

Driver: _Driver #3_

| Date | Customer Name (printed) | Customer Signiture | Time of pickup | AM/PM | Pickup Location | Destination |
|---|---|---|---|---|---|---|
| 7-13-00 | Randy Omilanowic | Randy Omilanowic | 11:00 | PM | Burger King | Port Erie Plastics 1115 |
| 7-13-00 | Robert Mancuso | Robert Mancuso | 1245 | PM | Erie Ceramic Acts | (5 min) wait |
| 7-13-00 | Larry Gamble | Larry Gamble | 630 | AM | 2222 Bso Home | Duching-work 5:02 PM |
| 7-13-00 | Antonio Williams | Antonio Williams | 7:20 | AM | Bustini | Duching-work |
| 7-13- | Brady Omilanowic | Brady Omilanowic | 8:00 | AM | 2321 Darning Ave | Port Erie Plastics |
| 7-13-00 | Terry Green | | 1:30 | AM | Port Erie Plastics | Burger King |
| 7-13-00 | David Ritchie | David Ritchie | 1:55 | PM | 2116 E 22nd | Erie Ceramic Acts 950 |
| 7-13-00 | Tamika Carson | Tamika L. Carson | 2:45 | PM | East 6th St. | Plastikos |
| 7-13-00 | Stephanie Calkins | Stephanie Calkins | 3:35 | PM | 301 East 11th | Port Erie 8:50 |
| 7-13-00 | Marcus Bradley | Marcus Bradley | 3:35 | PM | 301 East 11th | Port Erie 3:50 |
| 7-13-00 | Antonio Williams | Antonio Williams | 4:00 | PM | | Duching-work 4:30 |
| 7-13-00 | Larry Gamble | | 5:00 | PM | Duchinie | 21st & French |
| 7-13-00 | Myron Romeo | Myron Romeo | 6:45 | PM | St Foods | 863 Kruger |
| 7-13-00 | John Oursey | John Oursey | 10 | PM | 5th St | Accudyn |
| 7-13-00 | Willie Jones | Willie Jones | 10 | PM | 5th St | To-Tray |
| 7-13-00 | Randy Omilanowic | Randy Omilanowic | 11 | AM | Burger King | Port Erie |
| 7-14-00 | Stephanie Calkins | Stephanie Calkins | 10 | AM | Port Erie Plastics | 301 East 11th St |
| 7-14-00 | Marvin Bradley | Marvin Bradley | 10 | AM | Port Erie Plastics | 301 East 11th St |

**CH's Service Provider**
*Driver's Log*

Driver: #2 Burgos

| Date | Customer Name (printed) | Customer Signture | Time of pickup | AM/PM | Pickup Location | Destination |
|---|---|---|---|---|---|---|
| 6-14-00 | Ken Henderson | Cancelled | 2:00 | pm | 809 Chestnut HP E 13th St | PHB Accudyne |
| 6-14-00 | Duane Anderson | Cancelled | 2:00 | pm | 809 Chestnut | Accudyne |
| 6-14-00 | Dennis Bauer | Cancelled | 2:15 | pm | 3101 Normanway | Erie Magnetics |
| 6-14-00 | | Cancelled | 2:15 | pm | 3101 Normanway | Erie Magnetics |
| 6-14-00 | Randy | Cancelled | 5:30 | pm | JTM Foods | Burger Kings |
| 6-14-00 | Andrew Pitonage | was pick up | 2:35 | pm | 2416 26th | PHB |
| 6-14-00 | Karen Blessinger | Karen Blessinger | 2:45 | pm | 245 E 8th | Omni Plastics |
| 6-14-00 | Vernon Brown | Vernon Brown | 3:30 | pm | 1011 West Abbey Lane | Dees |
| 6-14 | Daron Brown | Verdun Brown | 3:45 | pm | Dees | Erie County Farms |
| 6-14 | " " | " " | 3:45 | pm | Erie County Farms | 1011 Abbey Lane |
| 6-15 | John Dinner | John Dinner | 10:00 | pm | 139 W 5th | Accudyne |
| 6-14 | Russell Craig | No show | 10:00 | am | 245 E 29th | Accudyne |
| | George Frase | was pick up | 11:04 | pm | PHB | 139 W 5th |
| | Mark Kazan | Mark Kazan | | | PHB | 245 E 8th |
| | | | 10:55 | | EPD | 910 Franklin Ave |
| 6-15 | Bill Taylor | | | | 131 E 23rd | |
| 6-15 | | was a pick up | | | Accudyne | |
| | | No show | | | | 245 E 2nd |
| | Kee | | | | | |

(Case)

Exhibit 48

## CH's Service Provider
### Driver's Log

Driver: CalDAro #3

Exhibit 4/8 E

| Date | Customer Name (printed) | Customer Signature | Time of pickup | AM/PM | Pickup Location | Destination |
|------|--------------------------|--------------------|----------------|-------|-----------------|-------------|
| 6-12 | Jessica | Jessica Guzman | 3:30 | PM | FDM | 617 Ash |
| 6-12 | (crossed out) | | | | | |
| 6-13 | Billy Taylor | Billy R. Taylor | 4:35 | PM | ERIEZ Mag | 231 E23 |
| 6-13 | Billy Taylor | Billy R. Taylor | 10:30 | AM | 231 E 23 | ERIEZ Mag |
| 6-13 | Billy Taylor | Billy R. Taylor | 4:30 | PM | ERIEZ Mag | 231 E 23 |
| 9/13 | No Show | | 20 | | 8311 Holland | Mall |
| 6-14 | Paul Pommer | Paul Pommer | 9:53 | PM | GATEWAY | Bush |
| 6-14 | Karen Reed | Karen Blessing | 2:15 | PM | OMNI Plastics | 245 E 8th |
| 6-15 | Mark Reed | Mark Reed HARRIET HOTEL | 1:50 | PM | 245 East 8th | PHB |
| 6-15 | George | Mary Harris | 2:10 | PM | Courthouse | PHB |
| 6-15 | Jessica | Jessica Guzman | 3:30 | PM | EDM | 428 Parade |
| 6-15 | Billy Taylor | Billy R. Taylor | 4:30 | PM | ER's Mag | 23rd |
| 6-16 | Paul Pommer | Paul Pommer | 2:30 | PM | GATEWAY | Bush |
| 6-16 | Jessica | Jessica Guzman | 3:30 | PM | EDM | 428 Parade |
| 6-17 | Damian... Danela Rollo | Damian Card | 5:30 | PM | 4727 Sunnydale | Mall |
| 6-17 | Donny McCullum | Donny McCullum | 5:30 | PM | 3352 11st | Vio Nails |
| 6-17 | Damian | Damian Card | | PM | Mall | 4727 Sunnydale |
| 6-17 | George Anna | Carl... | 5:45 | AM | 5642 G. Town | Bush Industries |
| 6-18 | Paul Pommer | Paul Pommer | 7:40 | PM | 8860 E. 38th | Bush Industries |

Exhibit 48 F

**CH's Service Provider**
*Driver's Log*

Driver: _Driver 3_

| Date | Customer Name (printed) | Customer Signiture | Time of pickup | AM/PM | Pickup Location | Destination |
|------|------------------------|--------------------|----------------|-------|-----------------|-------------|
| 7/14 | Tamika Carson | James Carson | 12:00 | am | Port Erie | 2440 Reed St. |
| 7-14-00 | John Oudler | John Ondu | 7:15 | Am | Accudyne | 139 w. 5th |
| 7-14-00 | Randy omilanowicz | Randy Omilawiz | 8:00 | Am | Port Erie, Harborcreek | Burger King 12th & French |
| 7-14 | John Oudler | John Ondu | 10:35 | Am | 5th St | P: 99 Edinboro |
| 7-14 | Carmen Chandler | Carmen Chandler | 12:00 | Am | 2907 Germanst | West |
| 7-14 | Josh Sansom | Josh Sansom | 12:40 | Pm | 2987 German St | West |
| 7-14 | Marvin Bradley | Marvin Lee Bradley | 3:00 | Pm | 501 East 14th St | Port Erie |
| 7-14 | Stephanie Calkins | Stephanie Calkins | 3:00 | Pm | 501 East 14th St | Port Erie |
| 7-14 | Tamika Carson | James Carson | 3:00 | Pm | 2440 Reed St. | Port Erie 710 Franklin Ave APT #46 |
| 7-14 | D. Neal | David Neal | 12:00 | Am | E.P.A 6:15 PP | 22 st & Ash |
| 7-14 | Tamika Carson | | 12:30 | Am | Port Erie | |

CH's Service Provider Questionaire – Businesses and Individuals

1. Name- (Individual or if business please list your position or title)

   COUNTY PERSONNEL SERVICES

2. Address and Phone:

   3308 BUFFALO ROAD
   ERIE, PA 16510
   814/898-4477

3. Personal or (business transportation) (Please circle one)

4. Do you or your business intend to use our services?

   TRANSPORTATION WOULD BE MAINLY FOR EMPLOYEES
   USE TO GO TO AND FROM WORK LOCATION.

5. Give your best estimate of when and how much you would use our services. ( e.g. daily weekly monthly etc.)

   AS NEEDED.

Exhibit 49

**CH's Service Provider Questionaire – Businesses and Individuals**

1.  **Name- (Individual or if business please list your position or title)**

    Rob Britton
    Legal Service Service – Owner

2.  **Address and Phone:**

    205 E. 21st ELK, PA 16503
    459-0931

3.  **Personal or business transportation (Please circle one)**

    Both

4.  **Do you or your business intend to use our services?**

    Yes

5.  **Give your best estimate of when and how much you would use our services. ( e.g. daily weekly monthly etc.)**

    WEEKly or monthly depends.

Exhibit 49
A

**CH's Service Provider Questionaire – Businesses and Individuals**

1. Name- (Individual or if business please list your position or title)

   Rick Gora    Erie Cotton Prod.

   V.P. - General MGR

2. Address and Phone:

   744 EAST 18TH

   ERIE PA 16503

   (814) 459-6644

3. Personal or (business transportation) (Please circle one)

4. Do you or your business intend to use our services?

   YES

5. Give your best estimate of when and how much you would use our services. ( e.g. daily weekly monthly etc.)

   WEEKLY - EMPLOYEE TRANS.

   TO & FROM WORK

   Rick Gora

   Exhibit 49
   B

CH's Service Provider Questionaire – Businesses and Individuals

1. Name- (Individual or if business please list your position or title)

   Stephan S. Pullium

2. Address and Phone:

   746 E. 8th St.   Erie, Pa 16507

3. (Personal) or business transportation (Please circle one)

4. Do you or your business intend to use our services?

   I intend to use the service to get
   to and from work.

5. Give your best estimate of when and how much you would use our services. ( e.g. daily weekly monthly etc.)

   Mon – Fri two times daily

Exhibit 49
C

**CH's Service Provider Questionaire – Businesses and Individuals**

1.  **Name- (Individual or if business please list your position or title)**

    Connie Myers
    Manager
    OLSTEN STAFFING SERVICES
    1020 State Street
    Erie, PA  16501

2.  **Address and Phone:**

    814 452-6555

3.  **Personal or business transportation (Please circle one)**

    Business

4.  **Do you or your business intend to use our services?**

    Yes,if business requires the need for the service.

5.  **Give your best estimate of when and how much you would use our services. ( e.g. daily weekly monthly etc.)**

    If needed, all 3 shifts

*Connie Myers*
*Manager*

Exhibit 49
D

**CH's Service Provider Questionaire – Businesses and Individuals**

1. Name- (Individual or if business please list your position or title)

   ```
   Martin J. Farrell - President
   Infinity Resources, Inc.
   119 West Ninth Street
   Erie, Pennsylvania 16501-1302
   ```

2. Address and Phone:

   ```
   (814) 453-6571
   ```

3. Personal or business transportation (Please circle one)

   ```
   Business Transportation Services
   ```

4. Do you or your business intend to use our services?

   ```
   Infinity Resources is studying the possibility of having CH's Services
   compliment our current employee van fleet in Erie County.
   ```

5. Give your best estimate of when and how much you would use our
   services. ( e.g. daily weekly monthly etc.)

   ```
   Estimated usage - 3 services daily to correspond with traditional
   work shifts ( 7:00 a.m., 3:00 p.m. & 11:00 p.m. ).
   ```

   ```
   Martin J. Farrell
   President
   ```

*Exhibit 49*

**CH's Service Provider Questionaire – Businesses and Individuals**

1.  Name- (Individual or if business please list your position or title)

    COUNTY PERSONNEL SERVICES

2.  Address and Phone:

    3308 BUFFALO ROAD
    ERIE, PA 16510
    814/898-4477

3.  Personal or (business transportation) (Please circle one)

4.  Do you or your business intend to use our services?

    TRANSPORTATION WOULD BE MAINLY FOR EMPLOYEES
    USE TO GO TO AND FROM WORK LOCATION.

5.  Give your best estimate of when and how much you would use our
    services. ( e.g. daily weekly monthly etc.)

    AS NEEDED.

Exhibit 49
F

CH's Service Provider Questionaire – Businesses and Individuals

1.  Name- (Individual or if business please list your position or title)

    Adrienne Warden

2.  Address and Phone:   1013  East 4th 2FL
                          Erie, PA 16507
                          814- 455-8122

3  (Personal) or business transportation (Please circle one)

4.  Do you or your business intend to use our services?  yes

5.  Give your best estimate of when and how much you would use our
    services. ( e.g. daily weekly monthly etc.)

    Weekly or As Needed.

Exhibit 49
G

CH's Service Provider Questionaire – Businesses and Individuals

1. Name- (Individual or if business please list your position or title)

    EBONY SELBY
    MACHIST, CROSSING GUARD

2. Address and Phone:

    206 EAST 22 ND
    455-8224

3. Personal or business transportation (Please circle one)

    BUSINESS

4. Do you or your business intend to use our services?

    YES

5. Give your best estimate of when and how much you would use our services. ( e.g. daily weekly monthly etc.)

    WEEKLY

Exhibit 49
H

**CH's Service Provider Questionaire – Businesses and Individuals**

1.  Name- (Individual or if business please list your position or title)

    *Hussi Naiden ; telemarketer*

2.  Address and Phone:

    *1013 E. 4th. Street #1*
    *871-2670*

3.  Personal or business transportation (Please circle one)

4.  Do you or your business intend to use our services? *yes*

5.  Give your best estimate of when and how much you would use our services. ( e.g. daily weekly monthly etc.)

    *Monthly, or whenever needed*

    *Exhibit 49*
    *I*

**CH's Service Provider Questionaire – Businesses and Individuals**

1.  **Name- (Individual or if business please list your position or title)**

    CRosby's Family Market
    263 East 22nd Street
    Erie PA. 16503.      owNer.

2.  **Address and Phone:**

    263 East 22nd Street
    814- 461 -1034.

3.  (Personal) or (business) transportation (Please circle one)

4.  **Do you or your business intend to use our services?**

    Yes

5.  **Give your best estimate of when and how much you would use our services. ( e.g. daily weekly monthly etc.)**

    As Needed.

    Robert Crosby.

    Exhibit $\frac{49}{J}$