**RICK SANTORUM**
PENNSYLVANIA

REPUBLICAN CONFERENCE
CHAIRMAN

WASHINGTON, DC
511 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224-6324

COMMITTEES:
FINANCE
BANKING, HOUSING, AND URBAN AFFAIRS
RULES AND ADMINISTRATION
SPECIAL COMMITTEE ON AGING

# United States Senate

http://santorum.senate.gov

CA 04-281

November 18, 2003

Mr. Cory Harris
157 East 22nd Street
Erie, Pennsylvania 16503

Dear Mr. Harris:

Thank you for contacting me regarding automobile insurance. I appreciate hearing from you.

I understand the concerns you raise. However, this is a matter under the jurisdiction of the Pennsylvania state government. As a member of the U.S. Senate, I have neither a voice nor a vote before the Pennsylvania General Assembly. You may wish to contact your state legislators, as you have done with me.

Thank you again for contacting me. If I can be of further assistance to you on this or any other matter, please do not hesitate to call on me again.

Sincerely,

*Rick Santorum*

Rick Santorum
United States Senate

RJS:cxb

FILED '06 MAR -9 A9:37 CLERK U.S. DISTRICT COURT

Exhibit #50

☐ ALLENTOWN
3802 FEDERAL OFFICE BUILDING
504 WEST HAMILTON STREET
ALLENTOWN, PA 18105
(610) 770-0142

☐ ALTOONA
REGENCY SQUARE
SUITE 202
ROUTE 220 NORTH
ALTOONA, PA 16601
(814) 946-7023

☐ COUDERSPORT
81 MARVIN HILL ROAD
COUDERSPORT, PA 16915
(814) 274-9773

☐ ERIE
1705 WEST 26TH STREET
ERIE, PA 16508
(814) 454-7114

☐ HARRISBURG
555 WALNUT STREET
FIRST FLOOR
HARRISBURG, PA 17101
(717) 231-7540

☐ PHILADELPHIA
WIDENER BUILDING
ONE SOUTH PENN SQUARE
SUITE 960
PHILADELPHIA, PA 19107
(215) 864-6900

☐ PITTSBURGH
100 WEST STATION SQUARE DRIVE
LANDMARKS BUILDING
SUITE 250
PITTSBURGH, PA 15219
(412) 562-0533

☐ SCRANTON
527 LINDEN STREET
SCRANTON, PA 18503
(570) 344-8799