## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

COREY HARRIS,                          )
                                       )
                 Plaintiff,            )          Civil Action No. 04-281 Erie
                                       )
        v.                             )
                                       )
GREATER ERIE COMMUNITY                 )
ACTION COMMITTEE, et al.,              )
                                       )
                 Defendants.           )

## ORDER

Presently pending before the Court is a pleading styled "Motion to Cease & Desist" [ECF No. 66]. Although it is somewhat difficult to decipher, it appears that the Plaintiff is requesting that this Court enjoin the attempted collection of various court ordered costs, fines, and/or restitution in a number of criminal cases. This Court lacks jurisdiction over this matter. To the extent that the Plaintiff disagrees with the Court ordered costs, finds, and/or restitution, his remedy is to perfect an appeal in the state court system.

AND NOW, this 29th day of March, 2012, IT IS HEREBY ORDERED that the "Motion to Cease & Desist" [ECF No. 66] is DENIED.

s/ Sean J. McLaughlin
United States District Judge

cm:     All parties of record

1